In the Matter of MILES F. McDONALD et al., Respondents, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and EDMUND H. H. CADDY et al., Appellants. (Two Proceedings.)

Argued October 20, 1949; decided October 21, 1949.

*Benjamin Heller* for Edmund H. H. Caddy, appellant.

*Victor Rabinowitz* for Max Torchin and others, appellants.

*George Rosling, Sidney Squire, Harold L. Fisher* and *George H. Kerner* for respondents.

In each proceeding: Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: BROMLEY, J.